United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DANIEL GARCIA PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-4916 |
| vs. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Daniel Garcia Perez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On September 30, 2026, counsel for the petitioner filed a Status Update reporting that the petitioner was removed from the United States to Honduras on August 31, 2026. (Docket Entry No. 12). Because the petitioner is no longer in custody, this habeas action is moot.

The court **orders** that this case is **dismissed without prejudice**. Any pending motions are **denied** as moot.

SIGNED on October 8, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge